Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.

INDUSTRIAL REFINING CORP., Appellant, v. INTERNATIONAL FASTENER RESEARCH CORPORATION, Respondent.—

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

ROSE MICHAUD et al., Respondents, v. LOBLAWS, INC., Appellant. (Appeal No. 1.)

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

Rose Michaud, Respondent, v. Loblaws, Inc., Appellant. (Appeal No. 2.)

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

Armand Michaud, Respondent, v. Loblaws, Inc., Appellant. (Appeal No. 3.)

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.

Rose Michaud et al., Respondents, v. Loblaws, Inc., Appellant. (Appeal No.